# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| US Bank Trust National Association, as Trustee of the Bungalow Series IV Trust <br><br> Plaintiff, <br><br> v. <br><br> Joseph John Travers <br> Defendant. | C.A. No. 1:23-cv-00202-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Text Order of 10/9/2025.

                                                                                 Enter: <br>
                                                                                  /s/ C. Potter <br>
                                                                                   Deputy Clerk <br>
                                                                                   Dated 10/9/2025